# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:      :    No. 406

APPOINTMENT TO THE MINOR COURT :    MAGISTERIAL RULES DOCKET
RULES COMMITTEE      :
     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of February, 2017, the Honorable Bradley K. Moss, Philadelphia, is hereby appointed as a member of the Minor Court Rules Committee for a term expiring February 1, 2020.